**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known) **5:18-bk-05146**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**217-219 Cedar St.**
Street address, if available, or other description

**Hazleton**    **PA**    **18201**
City    State    ZIP Code

**Luzerne**
County

**217-219 Cedar St. Hazleton, PA 18201**
**Primary residence**

**What is the property?** Check all that apply.

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **71-04-U8NW21-020-003**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$43,000.00** | **$43,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the Entirety**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................** ➔ | **$43,000.00** |

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Case 5:18-bk-05146-RNO   Doc 13   Filed 12/28/18   Entered 12/28/18 09:48:39   Desc
Main Document     Page 1 of 54

3.1.
Make:  **BMW**
Model:  **528i**
Year:  **1999**
Approximate mileage:  **225,000**

Other information:
**1999 BMW 528i (approx. 225,000 miles)**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $1,250.00 | $1,250.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2. Write that number here.......................................... ➜  | $1,250.00 |

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....  **household goods and furnishings**  | $3,500.00 |

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

8.  **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

10.  **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

11.  **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....  **clothes**  | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....  **rings,necklace, earrings**                                    $1,150.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.....................................................................  ➔  $5,650.00

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes................................................................................ Cash: ........................  $25.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account, Wells Fargo** | $830.00 |
| 17.2. | Checking account: | **Checking account, Wells Fargo** | $600.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes...........................  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them..........................  Name of entity:                          % of ownership:

Case 5:18-bk-05146-RNO      Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document      Page 3 of 54

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
       information about
       them......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
              profit-sharing plans

    ☑ No
    ☐ Yes. List each
       account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................                Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific
       information about them                                                                    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific
       information about them                                                                    _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific
       information about them                                                                    _____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information
       about them, including whether            Federal: _____
       you already filed the returns
       and the tax years......................            State: _____

                                                         Local: _____

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 4 of 54

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information

    | | |
    |---|---|
    | Alimony: | _____ |
    | Maintenance: | _____ |
    | Support: | _____ |
    | Divorce settlement: | _____ |
    | Property settlement: | _____ |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information                                                                 _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance
       company of each policy
       and list its value............    Company name:                   Beneficiary:                   Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No

    ☐ Yes. Give specific information                                                                 _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim........                                                             _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim........    **potential medical malpractice claim against John Scheland, DPM**        **$150,000.00**

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information                                                                 _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................➔**    | **$151,455.00** |

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..

    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..

    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe..

    _____

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..

    _____

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe.....  Name of entity:                      % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.....

    _____

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................➔ | **$0.00** |

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes....

    _____

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document        Page 6 of 54

48.  **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................                                                                    _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                      _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                      _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................                                                                    _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have**
**attached for Part 6.  Write that number here.......................................................................**  ➔  | **$0.00** |

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

**power tools, hand tools**                                                                    $800.00

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here.............................**  ➔  | **$800.00** |

## Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2........................................................................................**  ➔     $43,000.00

56.  **Part 2: Total vehicles, line 5**                                      $1,250.00

57.  **Part 3: Total personal and household items, line 15**                $5,650.00

58.  **Part 4: Total financial assets, line 36**                           $151,455.00

59.  **Part 5: Total business-related property, line 45**                      $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**             $0.00

61.  **Part 7: Total other property not listed, line 54**                +    $800.00

62.  **Total personal property.**  Add lines 56 through 61................  | $159,155.00 |   Copy personal   ➔  +   $159,155.00
                                                                                          property total

63.  **Total of all property on Schedule A/B.**  Add line 55 + line 62.............................................  | **$202,155.00** |

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 7 of 54

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
                        Main Document        Page 8 of 54

**Fill in this information to identify your case:**

Debtor 1    **Vasa**      **Ardelean, Jr.**
First Name    Middle Name    Last Name

Debtor 2    **Ana**      **Ardelean**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **1999 BMW 528i (approx. 225,000 miles)** <br><br> Line from *Schedule A/B*:   **3.1** | $1,250.00 | ☑   $1,250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: <br> **household goods and furnishings** <br><br> Line from *Schedule A/B*:   **6** | $3,500.00 | ☑   $3,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **clothes** <br><br> Line from *Schedule A/B*: __11__ | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **rings,necklace, earrings** <br><br> Line from *Schedule A/B*: __12__ | **$1,150.00** | ☑ **$1,150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **cash in possession** <br><br> Line from *Schedule A/B*: __16__ | **$25.00** | ☑ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Checking account, Wells Fargo** <br><br> Line from *Schedule A/B*: __17.1__ | **$830.00** | ☑ **$830.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Checking account, Wells Fargo** <br><br> Line from *Schedule A/B*: __17.2__ | **$600.00** | ☑ **$600.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **potential medical malpractice claim against John Scheland, DPM** <br> Line from *Schedule A/B*: __34__ | **$150,000.00** | ☑ **$23,675.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description: **power tools, hand tools** <br><br> Line from *Schedule A/B*: __53__ | **$800.00** | ☑ **$800.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document     Page 10 of 54

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | |
|---|---|

**Bayview Loan Servicing, LLC**
Creditor's name
**P.O. Box 650091**
Number    Street

_____

_____

| **Dallas** | **TX** | **75265-0091** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    **05/01/2005**

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| | | |
|---|---|---|
| $134,755.00 | $43,000.00 | $91,755.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number    **6  0  4  4**

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $134,755.00 |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2**

**Berkheimer Tax Administrator**
Creditor's name
**P.O. Box 25144**
Number       Street

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| Column A | Column B | Column C |
|---|---|---|
| $638.47 | $43,000.00 | $638.47 |

**Lehigh Valley       PA     18002-5144**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 01/01/17

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**    1  1  1  4

---

**2.3**

**Greater Hazleton Joint Sewer Author**
Creditor's name
**500 Oscar Thomas Drive**
Number       Street
**P.O. Box 651**

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| Column A | Column B | Column C |
|---|---|---|
| $2,037.47 | $43,000.00 | $2,037.47 |

**Hazleton       PA     18201**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 01/01/16

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**    5  0  0  0

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $2,675.94 |
|---|

Case 5:18-bk-05146-RNO   Doc 13   Filed 12/28/18   Entered 12/28/18 09:48:39   Desc
Main Document      Page 12 of 54

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**

**Hazleton City Authority**
Creditor's name
**400 E. Arthur Gardner Pkwy.**
Number   Street
**Hazleton, PA 182010-7395**

_____

City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   01/01/15

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| | $5,556.34 | $43,000.00 | $5,556.34 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**   0   0   0   1

---

**2.5**

**Hazleton City Authority**
Creditor's name
**400 E. Arthur Gardner Pkwy.**
Number   Street
**Hazleton, PA 182010-7395**

_____

City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   01/01/16

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| | $1,217.32 | $43,000.00 | $1,217.32 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**   0   1   0   0

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $6,773.66 |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6**

**Hazleton City Authority**
Creditor's name
**400 E. Arthur Gardner Pkwy.**
Number   Street
**Hazleton, PA 182010-7395**

_____
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **01/01/2018**

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazleton, PA 18201**

| | $568.72 | $43,000.00 | $568.72 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   **0   0   0   2**

---

**2.7**

**Hazleton City Authority**
Creditor's name
**400 E. Arthur Gardner Pkwy.**
Number   Street
**Hazleton, PA 182010-7395**

_____
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **01/01/2017**

**Describe the property that secures the claim:**

**217-219 Cedar St. Hazelton, PA 18201**

| | $1,217.32 | $43,000.00 | $1,217.32 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   **0   1   0   0**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $1,786.04 |
|---|

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

| 2.8 | Describe the property that secures the claim: | $83.11 | $43,000.00 | $83.11 |

**Luzerne County Tax Claim Bureau**
Creditor's name
**c/o Northeast Revenue Service**
Number   Street
**200 N. River St.**

**217-219 Cedar St. Hazelton, PA 18201**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilkes-Barre      PA    18711**
City              State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Taxes**

Date debt was incurred   **01/01/15**      Last 4 digits of account number      **3   0   0   0**

Add the dollar value of your entries in Column A on this page. Write that number here:

$83.11

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$146,073.75

## Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Bayview Loan Servicing, LLC** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **4425 Ponce De Leon Blvd., 5th Floor** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **Coral Gables            FL     33146** | | |
| | City                     State   ZIP Code | | |

| 2 | **Hladik, Onorato & Federman, LLP** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **298 Wissahickon Avenue** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **North Wales            PA     19454** | | |
| | City                     State   ZIP Code | | |

| 3 | **Ustynoski & Marusak, LLC** | On which line in Part 1 did you enter the creditor? | **2.3** |
|---|---|---|---|
| | Name | | |
| | **101 W. Broad St.** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **Hazleton               PA     18201-6394** | | |
| | City                     State   ZIP Code | | |

## Fill in this information to identify your case:

| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an
    amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ |
| | **When was the debt incurred?** _____ |
| Number    Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City    State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |     intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

| 4.1 | | **$13,460.00** |
|---|---|---|

**Berwick Hospital Center**
Nonpriority Creditor's Name
**701 E. 16th St.,**
Number        Street

**Berwick              PA        18603**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**  **01/01/15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Medical Services**

| 4.2 | | **$321.00** |
|---|---|---|

**Certegy Check Services, Inc**
Nonpriority Creditor's Name
**P.O. Box 30046**
Number        Street

**Tampa                FL        33630**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **R   J   W   a**
**When was the debt incurred?**  **12/27/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **returned check**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**$758.00**

**CreditOne**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number       Street

_____

| **Las Vegas** | **NV** | **89193** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4  4  4  7**

**When was the debt incurred?**   **09/01/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Purchase of Consumer Goods**

### 4.4

**$214.00**

**Debt Recovery Solutions, LLC**
Nonpriority Creditor's Name
**900 Merchants Concourse, Ste.LL-**
Number       Street

_____

| **Westbury** | **NY** | **11590-5114** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4  0  1  5**

**When was the debt incurred?**   **01/29/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection account**

### 4.5

**$967.00**

**First Premier Bank**
Nonpriority Creditor's Name
**P.O. Box 5524**
Number       Street

_____

| **Sioux Falls** | **SD** | **57117-5524** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3  8  2  2**

**When was the debt incurred?**   **07/01/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Purchase of Consumer Goods**

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document      Page 19 of 54

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**

$366.00

**Foundation Radiology Group**
Nonpriority Creditor's Name
**Three Gateway Ctr., 20th Fl**
Number    Street
**401 Liberty Ave., Ste. 2000**

**Pittsburgh**            **PA    15222**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1    9    6    9**
**When was the debt incurred?**    **12/17/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

**4.7**

$126.00

**Intermountain Medical Group**
Nonpriority Creditor's Name
**190 Welles St., Ste. 166**
Number    Street

**Kingston**            **PA    18704**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3    3    5    2**
**When was the debt incurred?**    **04/17/2009**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

**4.8**

$85.00

**Lehigh Valley Physician Group**
Nonpriority Creditor's Name
**P.O. Box 1754**
Number    Street

**Allentown**            **PA    18105**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0    7    6    8**
**When was the debt incurred?**    **10/05/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 20 of 54

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| **4.9** | | | | $346.00 |
|---|---|---|---|---|

**Lehigh Valley Physician Group**
Nonpriority Creditor's Name
**P.O. Box 1754**
Number       Street

_____

| **Allentown** | **PA** | **18105-1754** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   1   7   0**
**When was the debt incurred?**   **04/06/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Services**

| **4.10** | | | | $74.00 |
|---|---|---|---|---|

**LJ Ross Associates, Inc.**
Nonpriority Creditor's Name
**4 Universal Way**
Number       Street

_____

| **Jackson** | **MI** | **49202** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   9   8   7**
**When was the debt incurred?**   **02/01/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for PPL**

| **4.11** | | | | $1,008.00 |
|---|---|---|---|---|

**Midland Credit Management**
Nonpriority Creditor's Name
**2365 Northside Drive, Ste. 300**
Number       Street

_____

| **San Diego** | **CA** | **92108** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8   5   5   4**
**When was the debt incurred?**   **11/14/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collection account**

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 21 of 54

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.12**

$5,493.00

**PPL Electric Utilities**
Nonpriority Creditor's Name
**827 Hausman Rd.**
Number          Street

Last 4 digits of account number **6   0   0   9**

When was the debt incurred? **01/01/16**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Allentown          PA     18104-9392**
City                State     ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utility**

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.13**

$337.00

**Pro Rehabilitation Services**
Nonpriority Creditor's Name
**106 Rotary Drive**
Number          Street

Last 4 digits of account number **6   1   9   5**

When was the debt incurred? **04/03/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**West Hazleton     PA     18202**
City                State     ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Services**

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.14**

$237.00

**Sacred Heart Healthcare System**
Nonpriority Creditor's Name
**421 Chew St.**
Number          Street

Last 4 digits of account number **T   2   1   0**

When was the debt incurred? **09/21/2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Allentown          PA     18102**
City                State     ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Services**

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document        Page 22 of 54

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15

**Safe Home Security, Inc.**
Nonpriority Creditor's Name
**1125 Middle St.**
Number          Street

**$351.00**

**Middleton          CT      06457**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**  **09/18/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Security system**

### 4.16

**Service Electric Cablevision**
Nonpriority Creditor's Name
**380 Maplewood Dr.**
Number          Street

**$1,640.00**

**Hazle Twp          PA      18202**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  1  7  8  5
**When was the debt incurred?**  **06/01/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **TV Service**

### 4.17

**Synchrony Bank/Sam's Club**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number          Street
**P.O. Box 965060**

**$398.00**

**Orlando          FL      32896-5060**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  7  7  1  4
**When was the debt incurred?**  **06/14/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Purchase of Consumer Goods**

Case 5:18-bk-05146-RNO   Doc 13   Filed 12/28/18   Entered 12/28/18 09:48:39   Desc
Main Document      Page 23 of 54

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**    **$141.00**

**Tek Collect**
Nonpriority Creditor's Name
**P.O. Box 1269**
Number      Street

**Columbus            OH      43216**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5   5   1   3**
When was the debt incurred?    **08/01/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for FNCB**

**4.19**    **$1,037.00**

**Vativ Recovery Solutions, LLC**
Nonpriority Creditor's Name
**As Agent For Palisades Acquisition IX LL**
Number      Street
**P.O. Box 40728**

**Sugar Land            TX      77240-0728**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   4   8   4**
When was the debt incurred?    **01/01/16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for Heilig-Meyer**

**4.20**    **$214.00**

**Verizon Bankruptcy Dept.**
Nonpriority Creditor's Name
**500 Technology Drive**
Number      Street
**Suite 550**

**Weldon Spring        MO      63304**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   5   0   2**
When was the debt incurred?    **12/19/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Telecommunications**

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 24 of 54

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**American Med Systems**
Name
**1519 Boerrler Rd., Ste. A**
Number    Street

**Uniontown**    **OH**    **44685**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.13**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**AmeriFinancial Solutions, LLC**
Name
**P.O. Box 602570**
Number    Street

**Charlotte**    **NC**    **28260**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.6**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Arcadia Recovery Bureau, LLC**
Name
**P.O. Box 6768**
Number    Street

**Wyomissing**    **PA**    **19610**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.9**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Arcadia Recovery Bureau, LLC**
Name
**P.O. Box 6768**
Number    Street

**Wyomissing**    **PA**    **19610**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.8**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Credit Management Co.**
Name
**2121 Noblestown Rd.**
Number    Street

**Pittsburgh**    **PA**    **15205**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.7**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Case 5:18-bk-05146-RNO   Doc 13   Filed 12/28/18   Entered 12/28/18 09:48:39   Desc
Main Document     Page 25 of 54

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Credit Protection**
Name
**P.O. Box 802068**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.16**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Dallas**        **TX**  **75380**
City        State    ZIP Code

---

**First National Collection Bureau, Inc.**
Name
**610 Waltham Way**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.5**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Sparks**        **NV**  **89434**
City        State    ZIP Code

---

**First National Community Bank**
Name
**102 East Drinker St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.18**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Dunmore**        **PA**  **18512**
City        State    ZIP Code

---

**LVNV Funding LLC**
Name
**P.O. Box 10497**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.5**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Greenville**        **SC**  **29603**
City        State    ZIP Code

---

**Penn Credit Corp.**
Name
**916 South 14th Street**
Number        Street
**P.O. Box 988**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Harrisburg**        **PA**  **17108-0988**
City        State    ZIP Code

---

**Porania, LLC**
Name
**P.O. Box 11405**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.20**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

**Memphis**        **TN**  **38111**
City        State    ZIP Code

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 26 of 54

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Professional Account Svcs.**
Name
**P.O. Box 188**
Number        Street

_____

**Brentwood**          **TN**    **37024**
City                      State       ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.1**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

**Resurgent Capital Services**
Name
**PO Box 10587**
Number        Street

_____

**Greenville**          **SC**    **29601**
City                      State       ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $27,573.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $27,573.00 |

**Fill in this information to identify your case:**

Debtor 1    **Vasa**                          **Ardelean, Jr.**

                First Name           Middle Name         Last Name

Debtor 2    **Ana**                            **Ardelean**

(Spouse, if filing) First Name        Middle Name         Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number   **5:18-bk-05146**
(if known)

☐ Check if this is an
     amended filing

<u>Official Form 106G</u>

## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

       **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If
two married people are filing together, both are equally responsible for supplying correct information. If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this
page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**     (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☑ No
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories*
    include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the
    person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the
    creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use**
    *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

    *Column 1:* **Your codebtor**

    *Column 2:* **The creditor to whom you owe the debt**

    Check all schedules that apply:

Case 5:18-bk-05146-RNO     Doc 13     Filed 12/28/18     Entered 12/28/18 09:48:39     Desc
Main Document     Page 30 of 54

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | | |
| Case number | **5:18-bk-05146** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number  Street<br><br>_____<br><br>_____<br>City          State   Zip Code | _____<br>Number  Street<br><br>_____<br><br>_____<br>City          State   Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. **+ $0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. **$0.00** | **$0.00** |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ...................................................... ➔ 4. | **$0.00** | **$0.00** |

**5.**  **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. **$0.00** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. **$0.00** | **$0.00** |
| 5e. | Insurance | 5e. **$0.00** | **$0.00** |
| 5f. | Domestic support obligations | 5f. **$0.00** | **$0.00** |
| 5g. | Union dues | 5g. **$0.00** | **$0.00** |
| 5h. | Other deductions. Specify: _____ | 5h.+ **$0.00** | **$0.00** |

**6.**  **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.  **$0.00**   **$0.00**

**7.**  **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.  **$0.00**   **$0.00**

**8.**  **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends | 8b. **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation | 8d. **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. **$1,002.00** | **$841.00** |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: **Food stamps** | 8f. **$0.00** | **$60.00** |
| 8g. | Pension or retirement income | 8g. **$0.00** | **$0.00** |
| 8h. | Other monthly income. Specify: **Odd end jobs** | 8h.+ **$550.00** | **$0.00** |

**9.**  **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.  **$1,552.00**   **$901.00**

**10.**  **Calculate monthly income.**  Add line 7 + line 9.   10.  **$1,552.00**  +  **$901.00**  =  **$2,453.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.**  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +  **$0.00**

**12.**  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.  **$2,453.00**

**Combined monthly income**

**13.**  **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**
☐ Yes. Explain:

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document     Page 32 of 54

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Vasa** | **Ardelean, Jr.** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Ana** | **Ardelean** |
| | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **5:18-bk-05146** | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

☑ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**        ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.    The rental or home ownership expenses for your residence.**    4.    _____
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

| 4a. Real estate taxes | 4a. | **$150.00** |
|---|---|---|
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$44.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$20.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document      Page 33 of 54

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.     **$0.00** |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a.     **$250.00** |
| | 6b.   Water, sewer, garbage collection | 6b.     **$108.32** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.     **$110.00** |
| | 6d.   Other. Specify: | 6d. |
| 7. | **Food and housekeeping supplies** | 7.     **$400.00** |
| 8. | **Childcare and children's education costs** | 8.     **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.     **$0.00** |
| 10. | **Personal care products and services** | 10.     **$0.00** |
| 11. | **Medical and dental expenses** | 11.     **$0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.     **$120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.     **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14.     **$0.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a.     **$0.00** |
| | 15b.   Health insurance | 15b.     **$0.00** |
| | 15c.   Vehicle insurance | 15c.     **$65.00** |
| | 15d.   Other insurance. Specify: | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a.     **$0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. |
| | 17c.   Other. Specify: | 17c. |
| | 17d.   Other. Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18.     **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19.     **$0.00** |

**20.** Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$0.00** |
| 20b. | Real estate taxes | 20b. | **$0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | **$0.00** |

**21. Other.** Specify: **Auto Maintenance and repair**  21. **+** **$25.00**

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$1,292.32** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$1,292.32** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$2,453.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$1,292.32** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$1,160.68** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 35 of 54

**Fill in this information to identify your case:**

Debtor 1     **Vasa**                             **Ardelean, Jr.**
                First Name         Middle Name              Last Name

Debtor 2     **Ana**                             **Ardelean**
(Spouse, if filing) First Name         Middle Name              Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number   **5:18-bk-05146**
(if known)

☐ Check if this is an
     amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$43,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | **$159,155.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | **$202,155.00** |

## Part 2:    Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$146,073.75** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$27,573.00** |
| | Your total liabilities | **$173,646.75** |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................ | **$2,453.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................... | **$1,292.32** |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| | |
|---|---|
| | **$60.00** |

9.    **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a.   Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$0.00** |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.   Student loans.  (Copy line 6f.) | **$0.00** |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + **$0.00** |
| 9g.   **Total.**  Add lines 9a through 9f. | **$0.00** |

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document    Page 37 of 54

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Vasa Ardelean, Jr.**          X **/s/ Ana Ardelean**
  Vasa Ardelean, Jr., Debtor 1          Ana Ardelean, Debtor 2

Date **12/28/2018**          Date **12/28/2018**
  MM / DD / YYYY          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vasa** | | **Ardelean, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ana** | | **Ardelean** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:18-bk-05146**
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 5:18-bk-05146-RNO    Doc 13    Filed 12/28/18    Entered 12/28/18 09:48:39    Desc
Main Document      Page 39 of 54

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Social Security** | **$4,780.00** | **Social Security** | **$11,520.00** |
| | | | **Food Stamps** | **$720.00** |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br>YYYY | | | **Social Security** | **$10,092.00** |
| | | | **Food stamps** | **$4,236.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br>YYYY | | | **Social Security** | **$6,052.00** |
| | | | **401k distribution** | **$449.00** |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐    No. Go to line 7.

☐    Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑    No. Go to line 7.

☐    Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑    No
☐    Yes.  List all payments to an insider.

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑    No
☐    Yes.  List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Bayview Loan Servicing, LLC vs. Vasa Ardelean, Jr.  and Ana Ardelean** | mortgage foreclosure- sheriff sale stayed | **Court of Common Pleas of Luzerne County** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| Case number  **2017-03770** | | **200 N. River St.** | | ☐ Concluded |
| | | Number      Street | | |
| | | **Wilkes-Barre** | **PA** | |
| | | City | State    ZIP Code | |

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Ana Ardelean vs. John Scheeland, DPM, t/d/b/a John Scheland, DPM, PC** | Civil action- pending | **Court of Common Pleas of Luzerne County** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| Case number  **2017-07865** | | **200 N. River St.** | | ☐ Concluded |
| | | Number      Street | | |
| | | **Wilkes-Barre** | **PA** | |
| | | City | State    ZIP Code | |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

     ☑ No.  Go to line 11.
     ☐ Yes.  Fill in the information below.

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

     ☑ No
     ☐ Yes.  Fill in the details.

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

     ☑ No
     ☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13.   Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.   Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15.   Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16.   Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Tullio DeLuca, Esq.** <br> Person Who Was Paid | **legal fees** | | |
| **381 N. 9th Ave.** <br> Number     Street | | **12/2018** | **$1,000.00** |
| | | | |
| **Scranton**          **PA**     **18504** <br> City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.   Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes.  Fill in the details.

25.  Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes.  Fill in the details.

26.  Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes.  Fill in the details below.

| Part 12: | Sign Below |
|----------|------------|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Vasa Ardelean, Jr.**                             X **/s/ Ana Ardelean**
  Vasa Ardelean, Jr., Debtor 1                            Ana Ardelean, Debtor 2

  Date    **12/28/2018**                                  Date    **12/28/2018**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

In re  **Vasa Ardelean, Jr.**
    **Ana Ardelean**

Case No.  **5:18-bk-05146**

Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................... **$4,000.00**

Prior to the filing of this statement I have received....................................................... **$1,000.00**

Balance Due.......................................................................................................... **$3,000.00**

2. The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor      ☑ Other (specify)
                          **through Chapter 13 plan**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The Debtor and the undersigned agree that additional legal services required but not outlined above such as objections to proof of claims, adversary proceedings, motion to sell property and amending plan post confirmation shall be charged and paid at an hourly rate of $150.00. In the event, there is an alleged violation of automatic stay and/or discharge injunction which requires a proceeding to be filed the Debtor agrees to be charged at an hourly rate of $300.00.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/28/2018** | **/s/ Tullio DeLuca** |
| *Date* | *Tullio DeLuca*          Bar No.  59887 |
| | Law offices of Tullio DeLuca |
| | 381 N. 9th Avenue |
| | Scranton, PA 18504 |
| | Phone: (570) 347-7764 / Fax: (570) 347-7763 |

---

**/s/ Vasa Ardelean, Jr.**

**Vasa Ardelean, Jr.**

**/s/ Ana Ardelean**

**Ana Ardelean**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:   **Vasa Ardelean, Jr.**                                          CASE NO   **5:18-bk-05146**
         **Ana Ardelean**

                                                                         CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/28/2018 _____          Signature  /s/ Vasa Ardelean, Jr. _____
                                                        **Vasa Ardelean, Jr.**

Date  12/28/2018 _____          Signature  /s/ Ana Ardelean _____
                                                        **Ana Ardelean**

American Med Systems
1519 Boerrler Rd., Ste. A
Uniontown, OH 44685


AmeriFinancial Solutions, LLC
P.O. Box 602570
Charlotte, NC 28260


Ana Ardelean
219 S. Cedar St.
Hazleton, PA 18201


Arcadia Recovery Bureau, LLC
P.O. Box 6768
Wyomissing, PA 19610


Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091


Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146


Berkheimer Tax Administrator
P.O. Box 25144
Lehigh Valley, PA 18002-5144


Berwick Hospital Center
701 E. 16th St.,
Berwick, PA 18603


Certegy Check Services, Inc
P.O. Box 30046
Tampa, FL 33630

Credit Management Co.
2121 Noblestown Rd.
Pittsburgh, PA 15205


Credit Protection
P.O. Box 802068
Dallas, TX 75380


CreditOne
P.O. Box 98873
Las Vegas, NV 89193


Debt Recovery Solutions, LLC
900 Merchants Concourse, Ste.LL-
Westbury, NY 11590-5114


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434


First National Community Bank
102 East Drinker St.
Dunmore, PA 18512


First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524


Foundation Radiology Group
Three Gateway Ctr., 20th Fl
401 Liberty Ave., Ste. 2000
Pittsburgh, PA 15222


Greater Hazleton Joint Sewer Authority
500 Oscar Thomas Drive
P.O. Box 651
Hazleton, PA 18201

Hazleton City Authority
400 E. Arthur Gardner Pkwy.
Hazleton, PA 182010-7395


Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454


Intermountain Medical Group
190 Welles St., Ste. 166
Kingston, PA 18704


Law offices of Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504


Lehigh Valley Physician Group
P.O. Box 1754
Allentown, PA 18105


Lehigh Valley Physician Group
P.O. Box 1754
Allentown, PA 18105-1754


LJ Ross Associates, Inc.
4 Universal Way
Jackson, MI 49202


Luzerne County Tax Claim Bureau
c/o Northeast Revenue Service
200 N. River St.
Wilkes-Barre, PA 18711


LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

Midland Credit Management
2365 Northside Drive, Ste. 300
San Diego, CA 92108


Penn Credit Corp.
916 South 14th Street
P.O. Box 988
Harrisburg, PA 17108-0988


Porania, LLC
P.O. Box 11405
Memphis, TN 38111


PPL Electric Utilities
827 Hausman Rd.
Allentown, PA 18104-9392


Pro Rehabilitation Services
106 Rotary Drive
West Hazleton, PA 18202


Professional Account Svcs.
P.O. Box 188
Brentwood, TN 37024


Resurgent Capital Services
PO Box 10587
Greenville, SC 29601


Sacred Heart Healthcare System
421 Chew St.
Allentown, PA 18102


Safe Home Security, Inc.
1125 Middle St.
Middleton, CT 06457

Service Electric Cablevision
380 Maplewood Dr.
Hazle Twp, PA 18202


Synchrony Bank/Sam's Club
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060


Tek Collect
P.O. Box 1269
Columbus, OH 43216


Ustynoski & Marusak, LLC
101 W. Broad St.
Hazleton, PA 18201-6394


Vasa Ardelean, Jr.
219 S. Cedar St.
Hazleton, PA 18201


Vativ Recovery Solutions, LLC
As Agent For Palisades Acquisition IX LL
P.O. Box 40728
Sugar Land, TX 77240-0728


Verizon Bankruptcy Dept.
500 Technology Drive
Suite 550
Weldon Spring, MO 63304